United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10005-mdc |
| Kimberly Talbot | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Randi | Page 1 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

**Recip ID        Recipient Name and Address**
db           +  Kimberly Talbot, 312 Sloan Street, Crum Lynne, PA 19022-1117

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 18, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

**Name            Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Santander Bank  N.A., F/K/A Sovereign Bank andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRAD J. SADEK
    on behalf of Debtor Kimberly Talbot brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

JEROME B. BLANK
    on behalf of Creditor Dovenmuehle Mortgage  Inc. paeb@fedphe.com

| District/off: 0313-2 | User: Randi | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 212 | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor Santander Bank  N.A., F/K/A Sovereign Bank paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Santander Bank  N.A., F/K/A Sovereign Bank paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Santander Bank  N.A. paeb@fedphe.com

ROBERT J. DAVIDOW
    on behalf of Creditor Santander Bank  N.A. robert.davidow@phelanhallinan.com

THOMAS A. CAPEHART
    on behalf of Creditor SANTANDER BANK  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                            Chapter: 13

      Kimberly Talbot

Debtor(s)                                                        Case No: 15−10005−mdc

___

*ORDER*

AND NOW, 10/16/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                                       For The Court

                                                                                       Magdeline D. Coleman

                                                                                       Chief Judge ,United States
                                                                                       Bankruptcy Court